

# THE THIRTEENTH COURT OF APPEALS

## 13-13-00118-CV

BORDER STATES ELECTRIC SUPPLY OF TEXAS, INC.
v.
COAST TO COAST ELECTRIC, LLC, ENRIQUEZ ENTERPRISES, INC., GILBERT
ENRIQUEZ, JAIME ENRIQUEZ AND CARLOS MENDIOLA

On Appeal from the
County Court at Law No. 8 of Hidalgo County, Texas
Trial Cause No. CL-08-1836-H

### JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the judgment of the trial court should be affirmed in part and reversed in part, and the case should be remanded to the trial court. The Court orders the judgment of the trial court AFFIRMED IN PART and REVERSED IN PART, and the case is REMANDED for further proceedings consistent with its opinion. Costs of the appeal are adjudged against the party incurring the same.

We further order this decision certified below for observance.

May 29, 2014